# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1368

_____

United States of America,      *
     *
         Appellee,      *    Appeal from the United States
     *    District Court for the
     v.      *    Western District of Missouri.
     *
Larry D. Saddler,      *    [UNPUBLISHED]
     *
         Appellant.      *

_____

Submitted: November 10, 2009
Filed: November 12, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Larry Saddler appeals following the district court's[1] order revoking his supervised release and imposing a revocation sentence of 24 months in prison. Upon careful review, we conclude the district court did not abuse its discretion in revoking supervised release, *see United States v. Edwards*, 400 F.3d 591, 592 (8th Cir. 2005) (per curiam); and we also conclude the revocation sentence is not unreasonable, *see* 18 U.S.C. § 3583(e)(3); *U.S.S.G. § 7B1.4, comment. (n.4); United States v. Tyson*, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (standard of review); *United States v.*

---

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

*Thunder*, 553 F.3d 605, 608-09 (8th Cir. 2009) (affirming sentence exceeding advisory Guidelines revocation range).

Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____